IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
<u>ATLANTA DIVISION</u>

| | |
|---|---|
| BARRETTE OUTDOOR LIVING, INC., )<br>)<br>*Plaintiff,*   )<br>) Civil Action No. 2:14-cv-00045-RWS<br>v.   )<br>)<br>PORCELEN, LIMITED, CONNECTICUT,)<br>LLC   )<br>)<br>*Defendant.*   )<br>_____) | |

## <u>NOTICE OF IMPENDING SETTLEMENT</u>

Plaintiff Barrette Outdoor Living, Inc. ("Barrette") respectfully informs the Court that the parties appear to be in the final throes of executing their settlement agreement.  In particular, the Defendant has executed the document and the Plaintiff (Barrette) will execute the document very soon (for technological and logistical reasons, Barrette cannot execute it today, but intends to do so on Monday, August 31).  The parties have agreed that once the parties have both executed the settlement agreement document, the lawyers for the parties will file a document with the Court to bring the suit to a conclusion.  Moreover, the parties have already agreed on the form and language of that case-concluding document.

Thus, once Barrette executes the settlement agreement on August 31, the parties will submit a document more or less immediately to end the lawsuit.

Counsel for Barrette is mindful of the fact that the Court has ordered the parties to file a paper to end the suit or submit a scheduling order by today, August 28, 2015.  Counsel for the parties, and the parties themselves, have made good-faith efforts to comply with this most recent order from the Court by today, but for technological and logistical reasons, as alluded to above, cannot comply today.  In light of the fact that the parties are on the verge of submitting a case-terminating document, the undersigned counsel for Barrette respectfully asks for the Court's indulgence while the parties wrap this case up completely.  The undersigned expects that this will all be taken care of in the next business day or two.

Respectfully submitted this 28th day of August, 2015.

*s/Arthur A. Gardner*

Arthur A. Gardner
Georgia Bar No. 283,995
GARDNER GROFF GREENWALD
& VILLANUEVA, P.C.
2018 Powers Ferry Road, Suite 800
Atlanta, Georgia 30339
Tel:  (770) 984-2300
Fax:  (770) 984-0098
Email:  agardner@gardnergroff.com
           litigation@gardnergroff.com

*Attorneys for Plaintiff*
**Barrette Outdoor Living, Inc.**

## CERTIFICATE OF COMPLIANCE
## WITH LOCAL RULE 5.1(C)

I hereby certify that the foregoing has been prepared with one of the font and point selections approved by the Court in Rule 5.1 (C) of the Civil Local Rules of Practice for the United States District Court for the Northern District of Georgia, specifically, Times New Roman 14 point.

*/s/ Arthur A. Gardner*
**Arthur A. Gardner**
Attorney for Plaintiff

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing document was filed electronically with the Clerk of Court using the CM/ECF system, which will automatically serve and send electronic notification of such filing to all counsel of record.

This 28th day of August, 2015.

*s/Arthur A. Gardner*
Arthur A. Gardner